William H. Breier (029626)
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
breier@radixlaw.com
(602) 606-9300
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Smart Women's Choice, Inc., a corporation; and Jennifer A. Richard, an individual,<br><br>Defendants. | Case No. 2:23-cv-02112-GMS<br><br>**NOTICE OF APPEARANCE** |

William H. Breier of Radix Law gives notice of his appearance as counsel of record for Defendants Smart Women's Choice, Inc. and Jennifer A. Richard. Counsel can receive notices, filings, correspondence, and all other communications at the address listed above.

DATED: October 18, 2023.

**RADIX LAW**

/s/ *William H. Breier*
William H. Breier
*Attorneys for Defendants*

1

1535484.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I electronically transmitted the foregoing document and any attachments to the Clerk of the U.S. District Court for the District of Arizona using the CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent to the CM/ECF registered participants as listed below.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
ARUN G. RAO
Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director
GABRIEL H. SCANNAPIECO
Assistant Director
CAROLYN F. RICE
Trial Attorney
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, DC 20044-0386
Washington, D.C. 20044
Email: Carolyn.F.Rice@usdoj.gov
*Attorneys for Plaintiff United States of America*

OF COUNSEL:

MARK RAZA
Chief Counsel
SHANNON M. SINGLETON
Acting Deputy Chief Counsel, Litigation
ARAVIND SREENATH
Associate Chief Counsel
U.S. Department of Health and Human Services
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Bldg. 32, Room 4301
Silver Spring, MD 20993
Email: Aravind.Sreenath@fda.hhs.gov

By: */s/ Kelsey Slocum*

1535484.1